# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

    **vs**                    **4:07CR00101-02-WRW**

**SUE ELLEN HAM**

## ORDER

Defendant's pro se Motion for Reconsideration, which essentially is a Rule 60 motion, is DENIED, because the situation does not meet any Rule 60 requirement.

IT IS SO ORDERED this 6th day of March, 2009.

                                      /s/Wm. R. Wilson, Jr.
                                UNITED STATES DISTRICT JUDGE